105 P.3d 1221

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**September 29, 2004**

| 25596 | Pascua v. U.S. Bank Nat. Ass'n | Affirmed |

**February 14, 2005**

| 25630 | Chapman v. Schmidt | Vacated in part, Affirmed in part |
| 25789 | Doe Children, In re | Affirmed |
| 25942 | Doe, In re | Affirmed |
| 24571, 24572 | State v. Velasco | Affirmed |

**February 17, 2005**

| 26360 | Doe, In re | Affirmed |

**February 28, 2005**

| 24636 | State v. Manuel | Affirmed |
| 25550 | Todeno v. Mamaclay | Affirmed |